RECEIVED IN
The Court of Appeals
Sixth District

JUN 0 2 2015

Texarkana, Texas
Debra Autrey, Clerk

# SUSAN ANDERSON
# DISTRICT CLERK
# MARION COUNTY

P.O. Box 628                                                    (903) 665-2441
Jefferson, TX  75657                                           (903) 665-2013
                                                               (903) 665-2102 fax

June 1, 2015

Court of Appeals
Sixth Appellate District
State of Texas
Bi-State Justice Building
100 North State Line Ave. #20
Texarkana, TX.  75501

RE:    Appellate Case Number: 06-14-00071-CR
       Trial Court Case Number: F14369

Style: Skie Jordan Smith
       v.
       The State of Texas

Please be advised that we have this day received the court's MANDATE in the above
cause.

Respectfully Submitted,

Susan Anderson
Marion County District Clerk

By: _____
                      Deputy